**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ROBERT JAMES**                                                                                        **PETITIONER**
**ADC# 145736**

v.                              **CASE NO. 5:13CV00379 BSM**

**RAY HOBBS, Director,**
**Arkansas Department of Correction**                                                     **RESPONDENT**

## ORDER

The recommended disposition filed by United States Magistrate Judge Beth Deere has been reviewed, along with the objections filed. After *de novo* review and careful consideration, it is concluded that the recommendation should be, and hereby is, adopted in its entirety in all respects.

Accordingly, Robert James's petition for writ of habeas corpus [Doc. No. 1] is denied and dismissed with prejudice. It is further ordered, pursuant to Rule 11 of the rules governing section 2254 cases, that a certificate of appealability is denied because James has not made a substantial showing of the denial of a constitutional right. *See* 28 U.S.C. § 2253(c)(1)-(2).

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 26th day of June 2014.

_____
UNITED STATES DISTRICT JUDGE